# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**DAVID J. SAFRAN**

          V.          **CASE NUMBER: 5:06-CV-599(NPM/GHL)**

**JOSEPH SAPIO, Attorney at Law**

| | |
|---|---|
| **[ ]** | **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| **[XX]** | **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of DEFENDANT against PLAINTIFF, dismissing the complaint pursuant to 28 U.S.C. §1915(e)(2)(B) for failure to state a claim upon which relief may be granted as set forth in the Decision and Order of the Hon. Neal P. McCurn filed on August 1, 2006.

DATED:  August 2, 2006

*Lawrence K. Baerman*
Clerk of Court

LKB:lmp